**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 01-40706

(Summary Calendar)
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSE LOPEZ,

Defendant - Appellant.

Appeal from the United States District Court
For the Eastern District of Texas
USDC No. 4:00-CR-39-3

July 8, 2002

Before JONES, SMITH and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Jose Lopez has requested leave to withdraw as counsel and has

filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Lopez has not filed a

response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue.

_____

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.